UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Export-Import Bank of the United States | ) | Case No. 07 CV 01138 |
| | ) | |
| Plaintiff | ) | JUDGE BOYKO |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| Advanced Polymer Sciences, Inc. | ) | |
| c/o John P. Hyland, Statutory Agent, | ) | |
| 900 Terminal Tower | ) | |
| 50 Public Square | ) | |
| Cleveland, Ohio 44113 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Donald Keehan | ) | |
| 31012 Huntington Woods Parkway | ) | |
| Bay Village, Ohio 44140 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Arlene Keehan | ) | |
| 31012 Huntington Woods Parkway | ) | |
| Bay Village, Ohio 44140 | ) | |
| | ) | |
| Defendants | | |

On this day came the Plaintiff by its attorneys, Gregory A. White, United States

Attorney and Alex Rokakis, Assistant United States Attorney; also came Ronald H. Isroff, an attorney at law on behalf of the defendants; and by the Answer to the Complaint Upon Cognovit Note, which is filed with the Court, said attorney entered the appearance of said defendants and waived the issuance and service of process in this action against the defendants Advanced Polymer Sciences, Inc., Donald Keehan, and Arlene Keehan, of whom the Court finds are jointly and severally liable as alleged in the Complaint and that Judgment is entered against Advanced Polymer Sciences, Inc., Donald Keehan, and Arlene Keehan, jointly and severally, in the sum of $2,166,661.10 (Two Million, One Hundred Sixty-six Thousand, Six Hundred Sixty One Dollars and 10/100 Dollars), plus interest accruing at the rate of 11.25% from February 1, 2007, until the entry of judgment and interest accruing thereafter at the legal rate, and for costs of this action.

_Christopher A. Boyko_
Judge

Date: 5/23/07

1636478v1

**FILED**

MAY 23 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND